# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMSUP, LTD., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 07-542 |
| | : | |
| COMMET, A.G., d/b/a COMPAGNIE DES METAUX ET MINERALS, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 16th day of August, 2007, upon consideration of the foregoing Notice of Dismissal, it is hereby ORDERED that the above-captioned matter is dismissed without prejudice. This case is now closed.

BY THE COURT

*Donetta W. Ambrose*

2128276-1